359 A.2d 365
**COMMONWEALTH of Pennsylvania**
**v.**
**Vernon Lloyd BRIDGES, Appellant.**

Supreme Court of Pennsylvania.
Argued Oct. 20, 1975.
Decided July 6, 1976.

Vangrossi & Recchuiti, Francis Recchuiti, Norristown, for appellant.

Milton O. Moss, Dist. Atty., William T. Nicholas, First Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty.,

Chief, Appeals Div., J. David Bean, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.